## MEMORANDUM DECISIONS

BELCHER v. STATE. (No. 7572.) (Court of Criminal Appeals of Texas. March 28, 1923.) Appeal from Fannin County Court; A. P. Bolding, Judge. Frank Belcher was convicted of disturbing religious worship, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for disturbing religious worship; punishment fixed at a fine of $25. The proceedings appear to be regular. Nothing is brought forward for review, either by statement of facts or bills of exception. The judgment is affirmed.

HOLLAND v. STATE. (No. 7531.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from District Court, Bexar County; S. G. Taylor, Judge. C. R. Holland was convicted of robbery, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for robbery; punishment fixed at confinement in the penitentiary for a period of 25 years. The indictment is regular. No fundamental errors have been perceived. The facts are not brought up for review. No complaint is made to the ruling of the trial court. The judgment is affirmed.

JOY v. STATE. (No. 7541.) (Court of Criminal Appeals of Texas. March 21, 1923.) Appeal from Jefferson County Court at Law; D. P. Wheat, Judge. Billie Joy was convicted of vagrancy, and appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The offense is vagrancy; punishment fixed at a fine of $50. No question of fact or law is presented by statement of facts or bill of exceptions. The judgment is affirmed.

SINGLETON v. STATE. (No. 7601.) (Court of Criminal Appeals of Texas. March 14, 1923.) Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge. R. C. Singleton was convicted of unlawful manufacture of intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The record is before us, without bills of exception or statement of facts. The indictment is regular. No fundamental error has been pointed out or discovered. The judgment is affirmed.

STEFFEY v. STATE. (No. 7669.) (Court of Criminal Appeals of Texas. March 21, 1923.) Appeal from Collin County Court; T. O. Murray, Judge. Lee Roy Steffey was adjudged a delinquent child, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant was adjudged a delinquent child, and sentenced to confinement in the state juvenile training school for a period of one year. No statement of facts is before this court; neither is there found any bills of exception. The judgment is affirmed.

STRAWN v. STATE. (No. 7551.) (Court of Criminal Appeals of Texas. March 21, 1923.) Appeal from Tarrant County Court at Law; P. W. Seward, Judge. Mike Strawn was convicted of carrying a pistol, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the county court at law of Tarrant county of carrying a pistol. The record is before us without bill of exceptions or statement of facts. The charge of the court seems to correctly present the law, and the state's pleading is in proper form. No error appearing, an affirmance is ordered.

WELLS v. STATE. (No. 7609.) (Court of Criminal Appeals of Texas. April 4, 1923.) Appeal from Harris County Court at Law No. 2; Roy F. Campbell, Judge. W. L. Wells was convicted of assault by the negligent use of an automobile, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.